FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 1, 2022

No. 04-21-00383-CR

Zepatrick Lee **CARTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 573322
Honorable Rosie S. Gonzalez, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

Appellant's reply brief was due on February 23, 2022. However, the appellant has filed a motion requesting an extension of time to file the appellant's reply brief. The motion is GRANTED. The appellant's reply brief is due on or before **March 10, 2022**.

It is so **ORDERED** March 1, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT